*Felony*

# United States District Court

Southern District of Texas

United States District Court
Southern District of Texas
FILED
FEB 0 6 2010
Clerk of Court

UNITED STATES OF AMERICA

V

Emmanuel TORRES-Lara

Mexico
A94 792 076    (EWA)

**CRIMINAL COMPLAINT**

CASE NUMBER B-09 ___140___ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **September 26, 2009**, the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in **Cameron** County, **Texas**, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, **Section(s) 1326(a) and 1326(b)**

I further state that I am a **United States Border Patrol Agent** and that this complaint is based on the following facts:    The defendant was encountered by Border Patrol Agents conducting routine jail checks at the Cameron County Jail on September 26, 2009. The defendant was subsequently arrested on February 5, 2009. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on April 29, 2009. The defendant was convicted of Alien Unlawfully Found in the U.S. After Previous Deportation on November 5, 2008. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Juan F. Hernandez    Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

February 6, 2010                                            at        Brownsville, Texas

Date                                                                              City and State

Felix Recio /S/         U.S. Magistrate Judge

Name and Title of Judicial Officer                          Signature of Judicial Officer